# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TEAMCARE INFUSION ORLANDO, INC.,**

      **Plaintiff,**

v.                                        **Case No: 6:10-cv-1752-Orl-22GJK**

**SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on an appeal from a final decision of the Secretary of the Department of Health and Human Services (Doc. No. 1) filed on November 24, 2010.

The United States Magistrate Judge has submitted a report recommending that the Secretary's decision be reversed and the matter remanded for further proceedings pursuant to sentence four of Section 405(g), 42 U.S.C.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 1, 2012 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The decision of the Secretary of the Department of Health and Human Services is hereby REVERSED and this matter REMANDED for further proceedings pursuant to sentence four of Section 405(g), 42 U.S.C. The Clerk is directed to enter judgment, accordingly.

     3.     Within fourteen days of the date of the Judgment Plaintiff may file a motion for attorneys' fees and costs.

     4.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record