# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TEAMCARE INFUSION ORLANDO, INC.,**

      Plaintiff,

v.                                                                Case No: 6:10-cv-1752-Orl-22GJK

**SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

      Defendant.

## ORDER

This cause is before the Court on Plaintiff's Amended Motion for Attorney's Fees and Costs (Doc. No. 45) filed on August 31, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 1, 2012 (Doc. No. 49), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Amended Motion for Attorney's Fees and Costs (Doc. No. 45) is hereby GRANTED in part.

3. Plaintiff is hereby AWARDED attorneys' fees and costs in the amount of $28,418.26 under the EAJA.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2012.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record